IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATOYA JOHNSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHYSICIANS TO WOMEN, INC. and MID-ATLANTIC WOMEN'S CARE, PLC,<br><br>Defendants. | Case No. 7:24-cv-00144-MFU-CKM<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS**

Plaintiffs move for entry of an order directing notice of the proposed class action settlement and scheduling a hearing to consider final approval of the settlement. Plaintiffs are simultaneously filing a supporting memorandum of law and the Joint Declaration, which includes, at Exhibit 1, the Settlement Agreement and all referenced exhibits. Plaintiffs ask that the Court enter an order: (1) certifying, for settlement purposes, the Settlement Class, pursuant to Fed. R. Civ. P. 23; (2) granting Preliminary Approval of the Settlement; (3) approving the Notice Program set forth in the Settlement Agreement and the form and content of the Notices and Claim Form attached as Exhibits A through D to the Settlement Agreement; (4) approving and ordering the opt-out and objection procedures set forth in the Settlement; (5) appointing Plaintiffs as Settlement Class Representatives; (6) appointing Gary Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, Andrew J. Shamis of Shamis & Gentile P.A., and Raina Borrelli of Strauss Borrelli PLLC as Settlement Class Counsel; (7) staying all proceedings in this litigation unrelated to the Settlement, pending Final Approval; and (8) scheduling a Final Approval Hearing at a date convenient for the Court but no earlier than (i) 100 days after Defendant notifies the appropriate government officials pursuant to Class Action Fairness Act, 28 U.S.C. § 1715(d) or (ii) 60 days

after the Claims Deadline, whichever is later.

For the reasons set forth in that Memorandum, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order, which is Exhibit E to the Settlement Agreement. For ease of reference, the capitalized terms in this Motion and the accompanying Memorandum have the meaning set forth in the Settlement Agreement.

Dated: February 13, 2025

Respectfully Submitted,

/s/Lee A. Floyd
Lee A. Floyd (VSB #88459)
Sarah G. Sauble (VSB #94757)
BREIT BINIAZAN, PC
2100 E. Cary Street, Suite 310
Richmond, VA 23223
(804) 351-9040
(757) 670-3939
lee@bbtrial.com
sarah@bbtrial.com

Andrew J. Shamis, Esq. (*pro hac vice*)
SHAMIS & GENTILE P.A.
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299

David Lietz (*pro hac vice*)
MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
dlietz@milberg.com

Raina Borrelli (*pro hac vice*)
STRAUSS BORRELLI PLLC
980 N Michigan Ave, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Counsel for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                */s/Lee A. Floyd*
                Lee A. Floyd (VSB #88459)