# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**LATOYA JOHNSON, ET AL,**

vs.

**PHYSICIANS TO WOMEN, INC., ET AL**

Action No:   7:24CV00144
Date:   5/8/2025
Judge:   Michael F. Urbanski, SUSDJ
Court Reporter:   Whitney Stier
Deputy Clerk:   Kristin Ayersman

Plaintiff Attorney(s)
*Lee Adair Floyd, *Andrew Shamis

Defendant Attorney(s)
*Gordon Samuel Woodward, Jr., *Elizabeth Scully, *Leanna Loginov, *Justin Holmes

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present via Zoom for preliminary settlement conferences.   Court conducts hearing from Harrisonburg Division.
Court addresses motion or preliminary approval of class action suit.
Pltf presents (Shamis).
Dft responds (Scully).
Court enquires about defenses.
Dft responds (Holmes).
Court addresses settlement, and will enter preliminary order, as stated.
Court asks parties to set date for final approval hearing.
Parties agree that final hearing can be last August, in Roanoke, in person, although will allow some to appear by Zoom, as stated.
Parties select 9/2/25 at 2pm.
Court asks parties to email preliminary approval order with final date in it for the court to sign.

Time in Court:   12:44-1:04   20m