IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATOYA JOHNSON, *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHYSICIANS TO WOMEN, INC. and MID-ATLANTIC WOMEN'S CARE, PLC,<br><br>Defendants. | Case No. 7:24-cv-00144-MFU-CKM<br><br>CLASS ACTION |

**PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Latoya Johnson, Janet Hall and Virginia Trupia-Lash (collectively, "Plaintiffs"), move for entry of an order granting final approval of this proposed class action settlement and certifying the settlement class. For the reasons set forth below, Plaintiffs respectfully request that the Court, after the final approval hearing scheduled for September 2, 2025, grant this motion, grant Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses, and Class Representative Service Awards (Doc. 62), and enter a final judgment dismissing this case. This Motion is supported by the Memorandum in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement; Declaration of Andrea Dudinsky of Kroll Settlement Administration, LLC in Connection with Final Approval of Settlement Administration (**Exhibit 1** to the Memorandum in Support); the Declaration of Class Counsel in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Settlement Class (**Exhibit 2** to the Memorandum), and all files, records, and proceedings in this matter. A proposed Order Granting Final Approval of Class Action Settlement is attached as **Exhibit 3** to the Memorandum).

1

Dated: August 8, 2025                             Respectfully submitted,

   /s/*Lee A. Floyd*

Lee A. Floyd, VSB #88459
Sarah G. Sauble VSB #94757
**BREIT BINIAZAN, PC**
2100 East Cary Street, Suite 310
Richmond, Virginia 23223
Telephone: (804) 351-9040
Facsimile: (804) 351-9170
lee@bbtrial.com
sarah@bbtrial.com

David K. Lietz (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
5335 Wisconsin Avenue NW
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Andrew J. Shamis, Esq. (*pro hac vice*)
**SHAMIS & GENTILE P.A.**
ashamis@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, Florida 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

Raina Borrelli (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
raina@straussborrelli.com

*Attorneys for Plaintiffs and the Class*

2