# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**Latoya Johnson, et al**

vs.

**Physicians to Women, Inc., et al**

Action No: 7:24CV00144
Date: 9/2/2025
Judge: Michael F. Urbanski, SUSDJ
Court Reporter: Frank Austin
Deputy Clerk: Kristin Ayersman

Plaintiff Attorney(s)
*David Lietz, Lee Adair Floyd

Defendant Attorney(s)
*Elizabeth Scully, *Tyler Jack Miko

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Parties present for settlement conference.
Court addresses parties on class settlement approval.
Pltf addresses the court on both motions, ECF 62, 64.
Dft Mid-Atlantic (Scully) responds to motions, unopposed.
Dft Phys to Women (Miko) responds, also unopposed.
Court will approve settlement.

Time in Court: 2:05-2:59   54m